IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS HEIN | : |
| Plaintiffs, | : |
| vs. | : |
| MASTER BUILDERS SOLUTIONS ADMIXTURES US, LLC and THE MBCC GROUP | : NO.   2:21-cv-1116 |
| Defendants. | : |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES OF THE SAID**
**DISTRICT COURT OF THE UNITED STATES:**

**PLEASE TAKE NOTICE** that Defendant Master Builders Solutions Admixtures US, LLC ("MBSA"), by and through its attorneys, Littleton Park Joyce Ughetta & Kelly LLP, hereby petitions the United States District Court for the Western District of Pennsylvania for removal of this case pursuant to 28 U.S.C. §§ 1441 and 1446 and states the following:

1. This case is presently pending in the Pennsylvania Court of Common Pleas of Allegheny County under Case No. GD-21-7947. Pursuant to 28 U.S.C. Section 112, Allegheny County is within the territory assigned to the United States District Court for the Western District of Pennsylvania.

2. Plaintiff filed his Complaint on July 13, 2021. *See* Exhibit A.

3. Plaintiff served MBSA with the Complaint on August 3, 2021. *See* Exhibit B.

4. The Complaint asserts claims for strict liability under Section 402A of the Restatement (Second) of Torts as adopted by the Commonwealth of Pennsylvania. *Id.* at ¶¶ 17 – 23.

5. The Complaint seeks damages exceeding $75,000. *Id.* at ¶ 15.

6. Plaintiff alleges he is a resident of Pennsylvania. *Id*. at ¶ 1.

7. MBCC Group is not an existing legal entity. Thus, MBSA is the sole defendant in this action.

8. A limited liability company's citizenship for the purpose of diversity jurisdiction is the citizenship of its members. *Zambelli Fireworks Mfg. Co. v. Wood*, 592 F.3d 412, 419 (3d Cir. 2010).

9. MBSA is a Delaware limited liability company and its principal place of business is located at 23700 Chagrin Boulevard, Beachwood, Ohio, 44122.

10. MBSA has one member, LSF11 Skyscraper US Bidco 2 LLC Series 1, which is a Delaware limited liability company with a principal place of business in Beachwood, OH.

11. LSF11 Skyscraper US Bidco 2 LLC Series 1 has one member, MBS CS Holding US, Inc., which is a Delaware corporation with a principal place of business in Beachwood, Ohio.

12. Since Plaintiff and Defendant are citizens of different states and the amount in controversy is in excess of $75,000, this Court has original diversity jurisdiction over this case pursuant to 28 U.S.C. § 1332.

13. This petition for removal is timely filed within the 30-day period specified by 28 U.S.C. 1446(b).

14. Furthermore, this petition for removal is being made within one year of the commencement of this action.

**WHEREFORE,** Defendant MBSA respectfully requests that this case be removed to this Honorable Court.

                                    Respectfully submitted,

                                    **LITTLETON PARK**
                                        **JOYCE UGHETTA & KELLY LLP**

By: _____
                                    C. Scott Toomey, Esquire

                                    *Attorneys for Defendant, Master*
                                    *Builders Solutions Admixtures US, LLC*

Dated:  August 23, 2021

## **CERTIFICATE OF SERVICE**

I, C. Scott Toomey, Esquire, hereby certify that I caused a true and correct copy of the foregoing Notice of Removal to be served upon the following counsel of record and unrepresented parties via first class mail, postage prepaid as follows:

D. Matthew Jameson III, Esq.
Gerard A. Hornby, Esq.
BURNS WHITE LLC
48 26th Street
Pittsburgh, PA   15222
dmjameson@burnswhite.com
gahornby@burnswhite.com

Respectfully submitted,

**LITTLETON PARK
    JOYCE UGHETTA & KELLY LLP**

By: _____
C. Scott Toomey, Esquire

*Attorneys for Defendant, Master
Builders Solutions Admixtures US, LLC*

Dated:  August 23, 2021